AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Asylum Seekers Trying to Assure Their Safety | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  23-163 (RCL) |
| Johnson, et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____

☑  other:  Defendant's Motion [33] to dismiss is granted. This matter is DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall ENTER JUDGMENT for defendants and TERMINATE the case.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Royce C. Lamberth _____ on a motion to Dismiss.

Date:  December 14, 2023
_____

*ANGELA D. CAESAR, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*